FILED
2019 Jul-05  PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES HENDERSON and CAROL HENDERSON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 5:19-cv-00436 |
| MARK MCMURRAY and CITY OF HUNTSVILLE, ALABAMA, | ) ) ) ) |
| Defendants. | ) |

### MOTION FOR EXENSION TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiffs, James and Carol Henderson, request an extension of time to respond to Defendants' Motions to Dismiss. Plaintiffs request that their deadline be extended to Tuesday, July, 9, and that the Defendants' time to reply be extended to Monday, July 15. This is Plaintiffs' first request for an extension of time.

Plaintiffs have attempted to contact Defendants' counsel to determine whether they are opposed to the motion. Their office is currently closed due to the holiday; therefore Plaintiffs' counsel has not been able to reach them by phone. Plaintiffs have also attempted to contact them via email but have not yet heard a response.

Respectfully submitted,

*/s/ Matthew J. Clark*
Matthew J. Clark

*Attorney for the Hendersons*
P.O. Box 179
Montgomery, AL 36101
256-510-1828
mclark@clarklawgroup.org

## CERTIFICATE OF SERVICE

I also hereby certify that on July 5, 2019, I filed a copy of the foregoing with the Court's electronic filing system, which will automatically serve a copy upon counsel of record for all parties.

>                    */s/ Matthew J. Clark*
>                    Matthew J. Clark
>                    *Attorney for the Hendersons*
>                    P.O. Box 179
>                    Montgomery, AL 36101
>                    256-510-1828
>                    mclark@clarklawgroup.org