FILED
 2020 Feb-04  AM 11:02
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMES HENDERSON, CAROL HENDERSON,** ) ) ) **Plaintiffs,** ) ) **vs.** ) ) **MARK McMURRAY AND CITY OF HUNTSVILLE, ALABAMA,** ) ) ) ) **Defendants.** ) | Civil Action Number **5:19-cv-00436-AKK** |

## ORDER

In accordance with the court's memorandum opinion, doc. 22, the defendants' motion to dismiss, docs. 9 and 11, are **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to close this file.

**DONE** the 4th day of February, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE