Case 5:19-cv-00436-AKK   Document 32   Filed 03/10/21   Page 1 of 2
USCA11 Case: 20-10879   Date Filed: 03/10/2021   Page: 1 of 1

FILED
2021 Mar-10 PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 10, 2021

Clerk - Northern District of Alabama
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 20-10879-CC
Case Style: James Henderson, et al v. City of Huntsville, Alabama, et al
District Court Docket No: 5:19-cv-00436-AKK

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 20-10879

_____

District Court Docket No.
5:19-cv-00436-AKK

JAMES HENDERSON,
CAROLYN HENDERSON,

             Plaintiffs - Appellants,

versus

MARK MCMURRAY,
CITY OF HUNTSVILLE, ALABAMA,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 09, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark

ISSUED AS MANDATE 03/10/2021